IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA §
§
§
v. § 3:16-CR-175 K (01)
§
Cheyenne Rosemary Wood §
§
§

### ENTRY OF APPEARANCE OF COUNSEL

I wish to enter my appearance as **retained** counsel for the above-named defendant(s) in this cause.

I understand that it is my duty to continue to represent the named defendant(s) in connection with all matters relating to this case, and in connection with all proceedings therein in this Court; to assist him with any appeal which he desires to perfect, and to represent him on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

In all cases an arraignment is scheduled promptly after the return or filing of an indictment or information, at which time the defendant must enter a plea. Your attention is directed to Rule 12, Federal Rules of Criminal Procedure, pertaining to pretrial motions.

DATED: 9/20/2016



(Attorney Signature)

Richard Deaguero
(Attorney Name - Please Print)

05623500
(Attorney Bar Number)

4145 Travis St. Ste 201
Dallas TX 75204
(Address)

214-243-0105
(Phone No. including area code)

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

- 2 0 2 16