IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA        §
                                §
                                §       CRIMINAL NO.
VS.                             §       3:16-CR-175-K (01)
                                §
                                §
CHEYENNE ROSEMARY WOOD          §
                                §
        Defendant.              §

## PRETRIAL ORDER

This case is set for jury trial on **Monday, November 28, 2016 at 9:00 a.m.**

Defendant shall not file any motion for, or to compel, discovery, disclosure, or

production unless (i) defendant has first made written request of the government for the

desired discovery, disclosure, or production, which written request shall specify a time

and date prior to the motions deadline when discovery, disclosure, or production, as

applicable, of the items is desired office of the U.S. Attorney, and (ii) the government

has failed to comply with the request.  The government shall respond, either orally or

in writing, to any request made in accordance with this paragraph within five (5)

government working days of receiving same.  The government shall indicate either that

the discovery will be allowed or the disclosure or production will be made as requested

or that the request or portions thereof are objectionable, in which case the government

shall briefly state the legal basis for the government's objections.  Lack of actual

possession of an item by the government will not be accepted as a reason for non-

production if the government can obtain possession of the original or a copy of the item

upon request.

If the government does not comply with such request, defendant will be permitted to file a motion to compel, or for discovery or disclosure. Any such motion must be accompanied by copies of any pertinent requests that were previously served by the movant and verification as to service of each such request and the results of the efforts to obtain the desired discovery, disclosure, or production pursuant to each such request. Therefore, Defendants' pretrial motions, if any, must be filed by **October 26, 2016**, and the Government's responses thereto, by **November 2, 2016.**

Requested voir dire questions, proposed jury instructions, witness lists (with witnesses designated as "custodial", "expert", or "fact", as well as "probable" or "possible"), exhibit lists (with copies of exhibits furnished to the Court), and motions in limine must be filed no later than **November 14, 2016.**

All counsel are directed to advise the Court seven (7) days before trial, if a plea agreement has been reached. If such an agreement has been reached, except in unusual circumstances where such cannot reasonably be done, counsel are to furnish an executed copy to the Court at least four (4) days before trial.

**SO ORDERED.**

Signed September 21st, 2016.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE