# UNITED STATES DISTRICT COURT

__Northern__ District of __Texas__

U.S. MARSHALS SERVICE N/TX
DALLAS, TEXAS
2016 MAY -4 PM 2:34

UNITED STATES OF AMERICA

V.

Cheyenne Rosemary Wood

## WARRANT FOR ARREST

Case Number: 3:16-cr-00175-K (1)

DEPUTY CLERK
2016 SEP 26 PM 1:54
CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Cheyenne Rosemary Wood__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

✓ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petiton ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her (brief description of offense)
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE

in violation of Title __21__ United States Code, Section(s) __846__

__Karen Mitchell, U.S. District Court Clerk__
Name and Title of Issuing Officer

_Karen Mitchell_ (signature)
Signature of Issuing Officer

__U.S. Magistrate Judge Paul D. Stickney__  __5/4/2016__  __Dallas, Texas__
                                              Date           Location

By: __S/Thomas Drew__
    Deputy Clerk

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

_Dallas USMS_

| DATE RECEIVED 9/20/16 | NAME AND TITLE OF ARRESTING OFFICER A.J. Garza | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 9/20/16 | | |

FID: 10071445